**MARK WESBROOKS** (State Bar No. 018690)
**THE WESBROOKS LAW FIRM, P.L.L.C.**
7047 E. Greenway Pkwy, Ste. 250
Scottsdale, Arizona 85254
(602) 262-0390
Fax: (602) 297-6580
wesbrooksefax@gmail.com
*Attorney for Plaintiff*

### IN THE UNITED STATES BANKRUPTCY COURT FOR

### THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re:<br><br>ROBERT LANCASTER WILLIAMSON, III,<br><br>              Debtor.<br><br>ROBERT LANCASTER WILLIAMSON, III,<br>              Plaintiff.<br>vs.<br><br>COHEN-JOHNSON, LLC. (A Navada Limited Liability Company),<br><br>              Defendant. | CHAPTER 13<br><br>Case No: 2:16-bk-00788<br><br>Adv. Case No.: 2:23-bk-00214-PS<br><br>**CERTIFICATE OF SERVICE REGARDING SUMMONS AND AMENDED COMPLAINT** |

      I, Mark D. Wesbrooks, legal counsel for Plaintiff Robert Lancaster Williamson, III, in the above styled and numbered cause, hereby certify and attest to the following:

      On October 18, 2023, Plaintiff filed the present Adversary Complaint (Doc. 1) against named Defendant, Cohen-Johnson, LLC (A Nevada Limited Liability Company)(hereafter "Defendant" and/or "Cohen-Johnson"), amending said Complaint thereafter through Plaintiff's Amended Complaint filed on October 18, 2023 (Doc. 3). Thereafter, pursuant to request of the Plaintiff made on same date, the Clerk of the Court issued its Summons (Doc. 5), which was promptly served along with the Amended Complaint (Doc. 3) upon the Defendant by and

CERTIFICATE OF SERCICE - PAGE 1
Case 2:23-ap-00214-PS   Doc 7   Filed 02/17/24   Entered 02/17/24 04:28:38   Desc
Main Document   Page 1 of 7

through its registered agent for process, H. Stan Johnson, 375 E. Warm Springs Rd., Ste. 104, Las Vegas, NV 89119. A true and correct copy of the Navada Secretary of State's record evidencing proper party for service is attached hereto as Exhibit "A."

The Summons was served via United States Mail through mailing on October 23. 2023, which is a date within seven (7) days from the date of the issuance of the Summons by the Cleark of the Bankruptcy Court under the present cause number. Service was accomplished in accordance with R. Bakr. P., Rule 7004(b), with such service of the Summons and Amended Complaint being mailed to the named Defendant, through designated agent for process via United States first class mail postage pre-paid.

Pursuant to bank. R. 7004 (b), the Summons and Amended Complaint were delivered via United States first class mail, postage prepaid, to the person upon whom process is prescribed to be served by the law of the State of Nevada, to it, H. Stan Johnson, Johnson-Cohen, LLC, 375 E. Warm Springs Rd., Suite 104, Las Vegas, NV 89119, with such service being accomplished on October 23, 2023 through the United States Post Office First Class mailing.

Upon my oath, I declare under penalties of perjury that the forgoing is true and correct.

Mark Wesbrooks, Counsel for Plaintiff

/s/MW18690

Mark Wesbrooks
Debtor's Attorney

CERTIFICATE OF SERCICE – PAGE 2
Case 2:23-ap-00214-PS    Doc 7    Filed 02/17/24    Entered 02/17/24 04:28:38    Desc
Main Document    Page 2 of 7

Filed electronically pursuant to ECF Procedures
On the 16th day of July 2021, with service as indicted below:

Notice will be electronically mailed to:

Rachel Elizabeth Flinn on behalf of Counter-Claimant RUSSELL BROWN, TRUSTEE
rflinn@ch13bk.com, dsmith@ch13bk.com

LEONARD 1 MCDONALD, JR. on behalf of Plaintiff Nationstar Mortgage DBA Mr. Cooper
ecf@tblaw.com

LEONARD J. MCDONALD, JR. on behalf of Plaintiff Nationstar Mortgage DBA Mr. Cooper
ecf@tblaw.com

MARK WESBROOKS on behalf of Debtor ROBERT LANCASTER WILLIAMSON III
wesbrooksefax@gmail.com

/s/MW18690
Mark Wesbrooks

EXHIBIT A

## ENTITY INFORMATION

### ENTITY INFORMATION

**Entity Name:**

COHEN-JOHNSON, LLC

**Entity Number:**

E0346542005-0

**Entity Type:**

Domestic Limited-Liability Company (86)

**Entity Status:**

Active

**Formation Date:**

06/03/2005

**NV Business ID:**

NV20051353094

**Termination Date:**

**Annual Report Due Date:**

6/30/2024

**Compliance Hold:**

**Series LLC:**

☐  **Restricted LLC:** ☐

### REGISTERED AGENT INFORMATION

**Name of Individual or Legal Entity:**

H. STAN JOHNSON

**Status:**

Active

**CRA Agent Entity Type:**

**Registered Agent Type:**

Commercial Registered Agent

**NV Business ID:**

**Office or Position:**

**Jurisdiction:**

**Street Address:**

375 E WARM SPRINGS RD STE 104, LAS VEGAS, NV, 89119, USA

**Mailing Address:**

**Individual with Authority to Act:**

**Fictitious Website or Domain Name:**

## OFFICER INFORMATION

☐ VIEW HISTORICAL DATA

| Title | Name | Address | Last Updated | Status |
|---|---|---|---|---|
| Managing Member | STEPHEN CRYSTAL | 375 E. WARM SPRINGS ROAD SUITE 104, LAS VEGAS, NV, 89119, USA | 03/02/2021 | Active |
| Managing Member | EXEQUIEL SEGOVIA | 375 E WARM SPRINGS ROAD SUITE 104, Las Vegas, NV, 89119, USA | 03/02/2021 | Active |
| Managing Member | H. STAN JOHNSON | 375 EA. WARM SPRINGS ROAD, SUITE 104, LAS VEGAS, NV, 89119, USA | 05/29/2019 | Active |

Page 1 of 1, records 1 to 3 of 3

Filing History    Name History    Mergers/Conversions

Return to Search    Return to Results