FORM VAN–AD029

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

In re:                                         Case No.: 2:15−bk−15653−PS

   CATHERINE ANNE WILLIAMSON          Chapter: 13
*Debtor(s)*

---

   CATHERINE ANNE WILLIAMSON          Adversary No.: 2:23−ap−00214−PS
   et al.
*Plaintiff(s)*

*v.*

   Cohen−Johnson
*Defendant(s)*

## NOTICE OF HEARING

A hearing in the above−captioned case will be held at the U.S. Bankruptcy Court, **230 N. First Avenue, 6th Floor, Courtroom 601, Phoenix, AZ** before the **Honorable Paul Sala** on **4/10/24** at **10:30 AM** to consider and act upon the following matter(s):

PLAINTIFF'S APPLICATION FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANT.

Date: March 11, 2024

Address of the Bankruptcy Clerk's Office:    Clerk of the Bankruptcy Court:
U.S. Bankruptcy Court, Arizona
230 North First Avenue, Suite 101    Khadijia V. White−Thomas
Phoenix, AZ 85003−1727
Telephone number:  (602) 682−4000
www.azb.uscourts.gov