United States Bankruptcy Court
District of Arizona

WILLIAMSON,
    Plaintiff

Cohen-Johnson,
    Defendant

Adv. Proc. No. 23-00214-PS

# CERTIFICATE OF NOTICE

District/off: 0970-2     User: admin     Page 1 of 1
Date Rcvd: Mar 11, 2024     Form ID: vanad029     Total Noticed: 3

The following symbols are used throughout this certificate:
**Symbol    Definition**
+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 13, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| pla | + CATHERINE ANNE WILLIAMSON, 2272 S. MCCLELLAND PL., CHANDLER, AZ 85286-7632 |
| dft | + Cohen-Johnson, Cohen-Johnson, LLC, 375 E Warm Springs Rd Ste 104, Las Vegas, NV 89119-4260 |
| pla | + ROBERT LANCASTER WILLIAMSON, III, 2272 S. MCCLELLAND PLACE, CHANDLER, AZ 85286-7632 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 13, 2024     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 11, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| MARK WESBROOKS | on behalf of Plaintiff ROBERT LANCASTER WILLIAMSON III wesbrooksefax@gmail.com |
| MARK WESBROOKS | on behalf of Plaintiff CATHERINE ANNE WILLIAMSON wesbrooksefax@gmail.com |

TOTAL: 2

FORM VAN−AD029

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

In re:                                                              Case No.: 2:15−bk−15653−PS

    CATHERINE ANNE WILLIAMSON                  Chapter: 13
*Debtor(s)*

---

    CATHERINE ANNE WILLIAMSON                 Adversary No.: 2:23−ap−00214−PS
    et al.
*Plaintiff(s)*

v.

    Cohen−Johnson
*Defendant(s)*

## NOTICE OF HEARING

A hearing in the above−captioned case will be held at the U.S. Bankruptcy Court, **230 N. First Avenue, 6th Floor, Courtroom 601, Phoenix, AZ** before the **Honorable Paul Sala** on **4/10/24** at **10:30 AM** to consider and act upon the following matter(s):

PLAINTIFF'S APPLICATION FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANT.

Date: March 11, 2024

| | |
|---|---|
| Address of the Bankruptcy Clerk's Office:<br>U.S. Bankruptcy Court, Arizona<br>230 North First Avenue, Suite 101<br>Phoenix, AZ 85003−1727<br>Telephone number: (602) 682−4000<br>www.azb.uscourts.gov | Clerk of the Bankruptcy Court:<br><br>Khadijia V. White−Thomas |