United States Bankruptcy Court
District of Arizona

WILLIAMSON,
    Plaintiff

Cohen-Johnson,
    Defendant

Adv. Proc. No. 23-00214-PS

# CERTIFICATE OF NOTICE

District/off: 0970-2      User: admin      Page 1 of 1
Date Rcvd: Mar 25, 2024      Form ID: advresc      Total Noticed: 3

The following symbols are used throughout this certificate:
**Symbol**     **Definition**
+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 27, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| pla | + | CATHERINE ANNE WILLIAMSON, 2272 S. MCCLELLAND PL., CHANDLER, AZ 85286-7632 |
| dft | + | Cohen-Johnson, Cohen-Johnson, LLC, 375 E Warm Springs Rd Ste 104, Las Vegas, NV 89119-4260 |
| pla | + | ROBERT LANCASTER WILLIAMSON, III, 2272 S. MCCLELLAND PLACE, CHANDLER, AZ 85286-7632 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 27, 2024      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 25, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| MARK WESBROOKS | on behalf of Plaintiff ROBERT LANCASTER WILLIAMSON III wesbrooksefax@gmail.com |
| MARK WESBROOKS | on behalf of Plaintiff CATHERINE ANNE WILLIAMSON wesbrooksefax@gmail.com |

TOTAL: 2

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Case No.: 2:15−bk−15653−PS |
|   CATHERINE ANNE WILLIAMSON | Chapter: 13 |
| *Debtor(s)* | |

| | |
|---|---|
|   CATHERINE ANNE WILLIAMSON et al. | Adversary No.: 2:23−ap−00214−PS |
| *Plaintiff(s)* | |
| v. | |
|   Cohen−Johnson | |
| *Defendant(s)* | |

# NOTICE OF RESCHEDULED HEARING

NOTICE IS HEREBY GIVEN that the hearing scheduled for 4/10/2024 at 10:30 A.M. has been vacated on the Courts's own motion.

This matter has been RESCHEDULED for hearing on 4/11/24 at 10:00 AM at 230 N. First Avenue, 6th Floor, Courtroom 601, Phoenix, AZ before the Honorable Paul Sala to consider and act upon the following matter:

PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT

Date: March 25, 2024

| | |
|---|---|
| Address of the Bankruptcy Clerk's Office:<br>U.S. Bankruptcy Court, Arizona<br>230 North First Avenue, Suite 101<br>Phoenix, AZ 85003−1727<br>Telephone number: (602) 682−4000<br>www.azb.uscourts.gov | Clerk of the Bankruptcy Court:<br><br>Khadijia V. White−Thomas |