# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

## Minute Entry

### Hearing Information:

| | |
|---:|---|
| **Debtor:** | CATHERINE ANNE WILLIAMSON |
| **Case Number:** | 2:15-BK-15653-PS  **Chapter:** 13 |
| **Date / Time / Room:** | TUESDAY, APRIL 30, 2024 10:30 AM  6TH FLOOR #601 |
| **Bankruptcy Judge:** | PAUL SALA |
| **Courtroom Clerk:** | MARGARET KELLY |
| **Reporter / ECR:** | RUTH CARMONA |

### Matters:

1) ADV: 2-23-00214
   **CATHERINE ANNE WILLIAMSON & ROBERT LANCASTER WILLIAMSON vs COHEN-JOHNSON**
   PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT
   R / M #:  10 / 0

2) ADV: 2-23-00214
   **CATHERINE ANNE WILLIAMSON & ROBERT LANCASTER WILLIAMSON vs Cohen-Johnson**
   DEFENDANT'S MOTION TO SET ASIDE DEFAULT
   R / M #:  17 / 0

### Appearances:

BRADLEY T. OWENS, ATTORNEY FOR COHEN-JOHNSON
MARK WESBROOKS, ATTORNEY FOR CATHERINE ANNE WILLIAMSON, ROBERT LANCASTER WILLIAMSON III

### Proceedings:

ITEM 1 PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT
ITEM 2 DEFENDANT'S MOTION TO SET ASIDE DEFAULT

The Court reviews the matters and asks if a mediation would be desired by the parties.

Mr. Owens states that he would have to check with his client regarding a mediation.

Mr. Wesbrooks states that he tried to call the defendant yesterday, but has not been successful in reaching the party.

The Court states its concerns and suggests a continued hearing in a week so the parties can talk.

Mr. Owens responds that he does not object to a continued hearing.

Mr. Wesbrooks agrees to a continued hearing and notes the sale that is pending.

COURT: IT IS ORDERED SETTING A CONTINUED HEARING FOR MAY 14, 2024 AT 10:30 A.M.