# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
## Audio Record of Hearing Held

### Hearing Information:

| | |
|---:|:---|
| **Debtor:** | CATHERINE ANNE WILLIAMSON |
| **Case Number:** | 2:15-BK-15653-PS  **Chapter:** 13 |
| **Date / Time / Room:** | TUESDAY, APRIL 30, 2024 10:30 AM   6TH FLOOR #601 |
| **Courtroom Clerk:** | MARGARET KELLY |
| **Reporter / ECR:** | RUTH CARMONA |
| **Audio File Name:** | AHL01614280.MP3 |
| **Audio File Size:** | 3,007 KB |
| **Audio File Length:** | 00:06:24 |

**Help using this file:**

An audio file is embedded as an attachment in this PDF document. To listen to the file, click the Attachments tab or the Paper Clip icon. Select the Audio File and click Open.

> **This digital recording is a copy of a court proceeding and is provided as a convenience to the public. In accordance with 28 U.S.C. § 753 (b) "[n]o transcripts of the proceedings of the court shall be considered as official except those made from the records certified by the reporter or other individual designated to produce the record."**

### Matters:

1) **ADV: 2-23-00214**
   **CATHERINE ANNE WILLIAMSON & ROBERT LANCASTER WILLIAMSON vs COHEN-JOHNSON**
   PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT
   **R / M #:**   10 / 26

2) **ADV: 2-23-00214**
   **CATHERINE ANNE WILLIAMSON & ROBERT LANCASTER WILLIAMSON vs Cohen-Johnson**
   DEFENDANT'S MOTION TO SET ASIDE DEFAULT
   **R / M #:**   17 / 26

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA
# Audio Record of Hearing Held